UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICA VASQUEZ, | ) | No. C 06-5890 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

America Vasquez, a federal prisoner currently incarcerated at the Federal Correctional Institution located in Dublin, California, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Thereafter, on October 11, 2006, she informed the Court that she wished to withdraw the petition, as she had filed the petition in a mistaken belief that she was entitled to further good time credit.  As such, Petitioner's motion for voluntary dismissal is GRANTED and this petition is hereby DISMISSED without prejudice.

IT IS SO ORDERED

DATED:   2/14/2007

_____
JEFFREY S. WHITE
United States District Judge

1